1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona
   MATTHEW C. CASSELL
3  Assistant U.S. Attorney
   Colorado State No. 38157
4  United States Courthouse
   405 W. Congress Street, Suite 4800
5  Tucson, Arizona 85701
   Telephone: 520-620-7300
6  Email: Matthew.Cassell@usdoj.gov
   Attorneys for Plaintiff

FILED
2024 APR 17 PM 4:31
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-01980 TUC-SHR(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. 23-MJ-9317 |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| vs. | Violations:<br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>Making False Statements in Connection<br>With Acquisition of Firearms<br>Counts 1-12 |
| Arnold Julian Martinez,<br>Defendant. | 18 U.S.C. §§ 922(a)(1)(A) and<br>924(a)(1)(D)<br>Engaging in the Business of Dealing<br>Firearms without a License<br>Count 13 |
| | 18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

**COUNTS 1-12**

On or about the dates listed below, in the District of Arizona, ARNOLD JULIAN MARTINEZ knowingly made false statements and representations in connection with the acquisition of firearms to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of the sale of firearms by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that ARNOLD

JULIAN MARTINEZ stated that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring the firearms on behalf of another individual:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 1 | 8/4/2022 | Tactical Studio, Glendale, AZ | Two (2) Century Arms VSKA 7.62 x 39 mm semi-automatic rifles with serial numbers SV7124792 and SV124779 |
| 2 | 8/7/2022 | Shoot 'Em Up, Glendale, AZ | One (1) Pioneer Arms Sporter 7.62 x 39 mm semi-automatic rifle with serial number PAC1176031 |
| 3 | 8/10/2022 | Tombstone Tactical, Phoenix, AZ | One (1) Riley Defense RAK47-T-MFT 7.62 x 39 mm semi-automatic rifle with serial number B47656 |
| 4 | 8/10/2022 | Arizona State Armory, Phoenix, AZ | Two (2) Pioneer Arms Hellpup 7.62 x 39 mm semi-automatic pistols with serial numbers PAC117753422 and PAC117748122 |
| 5 | 8/26/2022 | Tucson Equestrian Trading Post, Tucson, AZ | Two (2) Palmetto State Armory AK-47 7.62 x 39 mm semi-automatic rifles with serial numbers AKB077369 and AKB075712 |
| 6 | 9/7/2022 | Tactical Studio, Glendale, AZ | One (1) Century Arms VSKA 7.62 x 39 mm semi-automatic rifle with serial number SV7128608 |
| 7 | 9/30/2022 | Citywide Supply, Tucson, AZ | One (1) Pioneer Arms Hellpup 7.62 x 39 mm semi-automatic pistol with serial number PAC1176292 |
| 8 | 10/4/2022 | Roe Armory, Glendale, AZ | One (1) Century Arms BFT 47 7.62 x 39 mm semi-automatic rifle with serial number BFT47016316 |
| 9 | 10/28/2022 | Roe Armory, Glendale, AZ | Two (2) Century Arms BFT 47 7.62 x 39 mm semi-automatic rifles with serial numbers BFT47016571 and BFT47016200 |
| 10 | 10/31/2022 | Citywide Supply, Tucson, AZ | One (1) Century Arms VSKA 7.62 x 39 mm semi-automatic rifle with serial number SV7124276 |
| 11 | 11/5/2022 | Roe Armory, Glendale, AZ | Two (2) Century Arms BFT 47 7.62 x 39 mm semi-automatic rifles with serial numbers BFT47016282 and BFT47016278 |

| | | | |
|---|---|---|---|
| 12 | 11/17/2022 | Roe Armory, Glendale, AZ | One (1) Century Arms BFT 47 7.62 x 39 mm semi-automatic rifle with serial number BFT47016258 |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 13

On or about the dates listed below, in the District of Arizona, ARNOLD JULIAN MARTINEZ, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## FORFEITURE ALLEGATION

Upon conviction of Counts 1-13 of the Indictment, ARNOLD JULIAN MARTINEZ, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| Firearms | Serial Number |
|---|---|
| Century Arms VSKA 7.62x39mm semi-automatic rifle | SV7124792 |
| Century Arms VSKA 7.62x39mm semi-automatic rifle | SV124779 |
| Pioneer Arms Sporter 7.62 x 39 mm semi-automatic rifle | PAC1176031 |
| Riley Defense RAK47-T-MFT 7.62x39mm semi-automatic rifle | B 47656 |
| Pioneer Arms Hellpup 7.62x39mm semi-automatic pistol | PAC117753422 |
| Pioneer Arms Hellpup 7.62x39mm semi-automatic pistol | PAC117748122 |
| Palmetto State Armory AK-47 7.62x39mm semi-automatic rifle | AKB077369 |
| Palmetto Sate Armory AK-47 7.62x39mm semi-automatic rifle | AKB075712 |
| Century Arms VSKA 7.62x39mm semi-automatic rifle | SV7128608 |
| Pioneer Arms Hellpup 7.62x39mm semi-automatic pistol | PAC1176292 |
| Century Arms BFT 47 7.62x39mm semi-automatic rifle | BFT47016316 |
| Century Arms BFT 47 7.62x39mm semi-automatic rifle | BFT47016571 |
| Century Arms BFT 47 7.62x39mm semi-automatic rifle | BFT47016200 |
| Century Arms VSKA 7.62x39mm semi-automatic rifle | SV7124276 |

| Century Arms BFT 47 7.62x39mm semi-automatic rifle | BFT47016282 |
| --- | --- |
| Century Arms BFT 47 7.62x39mm semi-automatic rifle | BFT47016278 |
| Century Arms BFT 47 7.62x39mm semi-automatic rifle | BFT47016258 |

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: April 17, 2024

REDACTED FOR
PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/

MATTHEW C. CASSELL
Assistant U.S. Attorney

*United States of America v. Arnold Julian Martinez*
Indictment Page 4 of 4