GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State Bar No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: matthew.cassell@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-24-1980-TUC-SHR-BGM |
|---|---|
| Plaintiff, | |
| v. | SENTENCING MEMORANDUM |
| Arnold Julian Martinez, | |
| Defendant. | |

Now comes the United States of America, by and through its attorneys undersigned, and submits the following regarding the above-captioned defendant's sentencing:

1. This matter is set for sentencing on November 4, 2024.

2. In the course of investigating other individuals for gun trafficking offenses in August and September 2022, agents with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) interviewed the defendant on November 28, 2022. This was not the first time ATF agents interviewed the defendant about this topic. On June 23, 2021, agents served the defendant with a warning letter regarding dealing forearms without a license. At the time of the interview, the defendant was not in possession of any firearms he previously acquired from various Arizona-based Federal Firearms Licensees (FFLs). The defendant admitted he was straw purchasing the firearms but claimed he did not know who they were eventually going to. The defendant also admitted he was selling the firearms or trading them for things of value, such as quads or cars. The defendant confirmed to the agents that he did not have a license to sell firearms, and when agents confronted him about the letter served on him the

year before, he stated the two-page letter was too long to read. Between August 4 and November 17, 2022, the defendant purchased a total of 17 firearms from seven Arizona FFLs.  During this period, the defendant did not have a license to engage in the business of dealing firearms, as required by federal law. One of the firearms that the defendant straw purchased was recovered in the Republic of Mexico.

3. On April 17, 2024, a Tucson federal grand jury indicted the defendant on 13 total counts, including 12 counts of straw purchasing and one count of dealing firearms without a license. On August 14, 2024, the defendant pled guilty to the dealing count pursuant to a written plea agreement.

4. The government has reviewed the probation department's presentence investigation report (PSR). The government agrees with the probation department that the defendant's guideline sentencing range is 12-18 months, based on a total offense level 13 and criminal history category I. The plea agreement calls for a sentencing range of a period of time served to 12 months of incarceration. The probation department recommends 12 months and one day of incarceration.

5. 18 U.S.C. § 3553(a)(1) states that when imposing a sentence, a court shall consider "the nature and circumstances of the offense and the history and characteristics of the defendant."  The sentence imposed shall reflect the seriousness of the offense, provide just punishment, afford adequate deterrence to further criminal conduct, and protect the public from further crimes of the defendant. 18 U.S.C. § 3553(a)(2).  The sentence imposed shall consider "the need to avoid unwarranted sentence disparities among defendants with similar records, who have been found guilty of similar conduct."  18 U.S.C. §3553(a)(6).

6. Pursuant to the 18 U.S.C. § 3553(a) factors, the government respectfully requests the Court accept the parties' plea agreement and sentence the defendant to a period of incarceration of eight months. The government will further explain its position at the sentencing hearing, currently set for November 4, 2024.

Respectfully submitted this 28th day of October, 2024.

GARY M. RESTAINO
United States Attorney

/s/ Matthew C. Cassell

MATTHEW C. CASSELL
Assistant United States Attorney

Copy of the foregoing served electronically
or by other means this 28th day of October, 2024, to:

Charles L. Spector, Esq.
Counsel for defendant